**Order entered July 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00927-CR

**RAY GARCIA REYES, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76308-U**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the April 19, 2017 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal.  We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant.  We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Ray Garcia Reyes, TDCJ No. 02083307, Ware Unit, 1681 South FM 3525, Colorado City, Texas, 79512.

/s/     DOUGLAS S. LANG
        JUSTICE